IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 18-64828-jwc |
| Joyce Terry | § | |
| | § | CHAPTER 13 |
| Debtor | § | |

---

| | |
|---|---|
| Select Portfolio Servicing, Inc., as servicer | § |
| for U.S. Bank NA, successor trustee to Bank | § |
| of America, NA, successor in interest to | § |
| LaSalle Bank NA, as trustee, on behalf of | § |
| the holders of the WaMu Mortgage Pass- | § |
| Through Certificates, Series 2007-OA6 | § |
| Respondent | § |
| | § |
| | § |
| v. | § |
| Joyce Terry, Debtor | § |
| Nancy J. Whaley, Trustee | § |
| Respondents | § |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 CASE AND
MOTION TO DISMISS WITH PREJUDICE**

COMES NOW, Select Portfolio Servicing, Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6, ("SPS"), and makes and files its Objection to the Confirmation of the Debtor's Chapter 13 Case and Motion to Dismiss with Prejudice for the reasons set forth below:

1.

SPS holds a first priority deed to secure debt on the Debtor's real estate, located at 3649 Cecilia Way, Loganville, Georgia 30052.

2.

Preceding the filing of this case, Debtor filed two (2) bankruptcy cases since 6/7/2017. All three cases were filed for the expressed purpose to thwart SPS' scheduled foreclosure sale. Both of the previous cases were dismissed prior to confirmation. The most recent case was dismissed 4/6/2018 for failing to pay the filing fee.

3.

In the present case, the Debtor's proposed plan has not been filed, however was due on or before September 17, 2018. This case, as in the previous cases, was filed in bad faith as the Debtor's actions clearly evidence an inability to prosecute a feasible case.

4.

The actual arrearages due to SPS are $52,560.55.

5.

The within case was filed in bad faith as the Debtor's actions clearly evidence an inability to prosecute a feasible case.

THEREFORE, based upon the above and foregoing facts, SPS objects to the Confirmation of the Debtor's Chapter 13 case and request that the case be dismissed with prejudice, pursuant to 11 U.S.C. Section 109(g).

This the 19th day of September, 2018

        Respectfully Submitted
        RICHARD B. MANER, P.C.

        **/s/Richard B. Maner**
        Richard B. Maner, GA Bar No. 486588
        Attorney for Select Portfolio Servicing, Inc.
        5775 Glenridge Drive, Bldg D, Suite 100
        Atlanta, GA 30328
        Phone: 404-252-6385; Fax: 404-252-6394
        rmaner@rbmlegal.com

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the **OBJECTION TO CONFIRMATION** electronically. Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Joyce Terry
3649 Cecilia Way
Loganville, GA 30052

Jonathan R Melnick
Law Office of Jonathan Melnick
3355 Lenox Rd
Suite 750
Atlanta, GA 30326

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

This the 19th day of September, 2018

/s/Richard B. Maner
Richard B. Maner, GA Bar No. 486588
Attorney for Select Portfolio Servicing, Inc.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328
Phone: 404-252-6385; Fax: 404-252-6394
rmaner@rbmlegal.com